| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Surratt-States, Kathy A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court E.D MO. | 3. Date of Report<br><br>05/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Thomas Eagleton Courthouse<br>111 S. 10th St. - 7th Floor<br>St. Louis, MO 63102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Altrusa International Inc., of St. Louis |
| 2. | Member - Board of Directors | Catholic Charities of St. Louis |
| 3. | President - Board of Directors | Gifted Resource Council |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Surratt-States, Kathy A. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | City of St. Louis (police officer) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southern District of Florida Bar | 05/11/2017 - 05/14/2017 | Naples, FL | Speaker | travel, lodging and meals |
| 2. | National Conference of Bankruptcy Judges | 10-7-2017 - 10/11/2017 | Las Vegas, NV | Annual conference committee meeting | travel and lodging |
| 3. | American Bankruptcy Institute | 10/26/2017 - 10/27/2017 | Kansas City, MO | Speacker | travel |
| 4. | All Iowa Bankruptcy Conference | 11/2/2017 - 11/3/2017 | Des Moines, IA | Speaker | travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Surratt-States, Kathy A.** | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Surratt-States, Kathy A. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Accounts | A | Interest | J | T | | | | | |
| 2. State Farm Variable Universal Life: Stock & Bonds Balance | B | Dividend | K | T | | | | | |
| 3. City of St. Louis Public Employee Deferred Compensation Plan | | | | | | | | | |
| 4. -American Funds Growth A | A | Dividend | | | Sold | 11/30/17 | K | | |
| 5. -Nuveen Winslow Large-Cao Growth I | A | Dividend | | | Sold | 11/30/17 | K | | |
| 6. -Vanguard Target Retirement2025 Inv | A | Dividend | L | T | Buy | 12/28/17 | L | | |
| 7. -Great-West Portfolio Fund | A | Dividend | K | T | | | | | |
| 8. -Monumental Life Insurance- Whole Life | | None | | | | | | | |
| 9. MOST-Conservative Age-Based: Vanguard Consv Growth Portfolio | B | Dividend | L | T | | | | | |
| 10. Northwestern Mutual Life Insurance: Whole Life Insurance | A | Dividend | K | T | | | | | |
| 11. Tulsa Teachers Credit Union Account | A | Interest | J | T | | | | | |
| 12. Edward Jones (IRA) | | | | | | | | | |
| 13. - Invesco Equity & Inc Fund CL A | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 14. -Invesco Intl Growth Fund CL A | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 15. -Invesco Corp.Bond Fund CL A | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 16. -Invesco Amercian Value CL R6 | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 17. -Invesco Asia Pacific Grth Fd CL Y | A | Distribution | J | T | Buy | 12/14/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Surratt-States, Kathy A. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invesco Corp Bld CL R6 | A | Distribution | J | T | Buy | 12/1/17 | J | | |
| 19. -Invesco Diversified DIV Fund | A | Distribution | J | T | Buy | 12/14/17 | J | | |
| 20. -Invesco Equity Income CL R6 | A | Distribution | J | T | Buy | 12/11/17 | J | | |
| 21. -Invesco Floating Rate CL R6 | A | Distribution | J | T | Buy | 12/1/17 | J | | |
| 22. Invesco INTL Growth CL R6 | A | Distribution | J | T | Buy | 12/14/17 | J | | |
| 23. -Invesco Real Estate Fd CL R6 | A | Distribution | J | T | Buy | 12/14/17 | J | | |
| 24. Edward Jones | | | | | | | | | |
| 25. -Invesco Diversified Div Fund CL A | A | Dividend | J | T | | | | | |
| 26. -Invesco Equity & Income Fund CL A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Surratt-States, Kathy A. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Surratt-States, Kathy A. | 05/08/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathy A. Surratt-States**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544